UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

(609) 989-2040

CHAMBERS OF

**TONIANNE J. BONGIOVANNI**

UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE

402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

July 22, 2010

**LETTER ORDER**

Re:   Klett v. Green, et al.
        Civil Action No. 10-2091 (FLW)

Dear Counsel:

Currently pending before the Court is Defendant United Parcel Service of America, Inc.'s ("UPS")

Motion for Summary Judgement [Docket Entry No. 10].  The Court notes that during the Initial Conference

held on June 8, 2010, the Court gave permission to UPS to file a dispositive motion regarding the statute

of limitations in this case [Docket Entry No. 9 at ¶ 13]. The Court further notes that while UPS was given

leave to file the instant motion, the Court also advised the parties that It would consider informal objections

to the timing of said motion. The Court holds that a telephone conference will be held on **August 3, 2010**

**at 10:30 AM** to discuss the parties' concerns about the timing of the motion. Plaintiff's counsel is to initiate

the call. The instant motion is terminated and shall be deemed re-filed following the telephone conference,

if appropriate.

     **IT IS SO ORDERED.**

     **IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT TERMINATE THIS
     MOTION [DOCKET ENTRY NO. 10] ACCORDINGLY.**

                                             s/ Tonianne J. Bongiovanni
                                        **TONIANNE J. BONGIOVANNI**
                                        **United States Magistrate Judge**